UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ERVIN WIMBERLY,<br><br>    Plaintiff,<br><br>  v.<br><br>A. CUEVAS,<br><br>    Defendant. | Case No. 19-cv-08316-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 14 |

Defendant has filed an *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney William Buranich, the court GRANTS the request. Docket No. 14. The court now sets the following new briefing schedule for a dispositive motion: Defendant must file and serve his dispositive motion no later than **December 18, 2020**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **January 29, 2021**. Defendant must file and serve his reply brief (if any) no later than **February 19, 2021.**

  **IT IS SO ORDERED**.

Dated: October 20, 2020

                   _____
                   SUSAN ILLSTON
                   United States District Judge