United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ERVIN WIMBERLY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. CUEVAS,<br><br>    Defendant. | Case No. 19-cv-08316-SI<br><br>**ORDER FURTHER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 17 |

Defendant has filed a second *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney William Buranich, the court GRANTS the request. Docket No. 17. The court now sets the following new briefing schedule for a dispositive motion: Defendant must file and serve his dispositive motion no later than **January 22, 2021**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 5, 2021**. Defendant must file and serve his reply brief (if any) no later than **March 26, 2021.**

    **IT IS SO ORDERED**.

Dated: December 18, 2020

_____
SUSAN ILLSTON
United States District Judge