UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ERVIN WIMBERLY, <br><br> Plaintiff, <br><br> v. <br><br> A. CUEVAS, <br><br> Defendant. | Case No. 19-cv-08316-SI <br><br> **JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to exhaust administrative remedies.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 9, 2021

_____
SUSAN ILLSTON
United States District Judge